IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:02CR3008 |
| | ) | |
| vs. | ) | |
| | ) | **JUDGMENT** |
| SALVADOR GALAVIZ-LUNA, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum and order issued this date,

JUDGMENT is entered for the United States of America and against Salvador Galaviz-Luna providing that "Motion for an Application of a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255," filing 147, is denied, and dismissed with prejudice.

March 14, 2007                                          BY THE COURT:

                                                        s/ *Richard G. Kopf*
                                                        United States District Judge