IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02CR3008 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| SALVADOR GALAVIZ-LUNA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's motion for reconsideration (filing 151), treated as a motion for relief from judgment filed pursuant to Federal Rule of Civil Procedure 60(b), is denied.

April 17, 2007.                    BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   United States District Judge