IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:02CR3008 |
| v. | ) | |
| SALVADOR GALAVIZ-LUNA, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for release (filing 166) is denied.

DATED this 11th day of June, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge