IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:02CR3008 |
| | ) | |
| V. | ) | |
| | ) | |
| SALVADOR GALAVIZ-LUNA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the defendant's motion for copies (filing 170) is denied.

DATED this 5th day of August, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge